**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK**

---

JOHN HIGGINS,
                Plaintiff,

      v.                                    No. 06-CV-689
                                               (DRH)
CONSOLIDATED RAIL CORPORATION,
et al.,
                Defendants.

---

**DAVID R. HOMER
U.S. MAGISTRATE JUDGE**

**ORDER**

      Defendants Consolidated Rail Corporation and CSX Corporation (collectively "CSX") have moved in limine seeking (1) to admit and preclude certain evidence, (2) a jury instruction requiring the jury to apportion damages, and (3) to preclude evidence of future medical treatment and expenses.  Dkt. Nos. 39-41.  Plaintiff John Higgins ("Higgins") filed no opposition to the motions.  Oral argument on the motions was heard on-the-record on September 29, 2010.  For the reasons stated during the hearing on September 29, 2010, which are incorporated herein by reference, it is hereby

      **ORDERED** that CSX's motion:

           1. To admit and preclude certain evidence (Dkt. No. 39) is **GRANTED** in all respects <u>except</u> as to defendants' motion to preclude evidence of a safer method of maintaining the workplace as to which defendants' motion is **DENIED**:

           2. For a jury instruction requiring the jury to apportion damages (Dkt. No. 40) is **DENIED** without prejudice to renewal at the time of the jury charge conference; and

        3. To preclude evidence of future medical treatment and expenses (Dkt. No 41) is **DENIED**.

**IT IS SO ORDERED.**

DATED:  September 29, 2010
           Albany, New York

                                                */s/ David R. Homer*
                                            United States Magistrate Judge